KEVIN V. RYAN (CABN 118321)
United States Attorney

MARK L. KROTOSKI (CABN 138549)
Chief, Criminal Division

JOHN N. GLANG (GUAMBN 94012)
Assistant United States Attorney

 150 Almaden Boulevard, Suite 900
 San Jose, California 95113
 Telephone: (408) 535-5084
 Fax: (408)-535-5066
 E-Mail: John.Glang@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00723-JW |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER RESCHEDULING SENTENCING HEARING |
| ERIC ZI PING LEI, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is hereby ordered, that the defendant's sentencing hearing, currently scheduled for Monday, October 16, 2006 at 1:30 p.m. be continued and a new sentencing hearing date of Monday, December 11, 2006 at 1:30 p.m. is hereby set.

It is so stipulated.                                              /S/

Dated: _10/04/06_____          _____
                                                            JOHN N. GLANG
                                                            Assistant U.S. Attorney

**STIPULATION AND ORDER RESCHEDULING SENTENCING HEARING**
**CR 05-00723-JW**

1   It is so stipulated:

2   Dated: __10/04/06_____

3                                                    _____
                                                     JAMES MCNAIR THOMPSON
                                                     Attorney for Eric Zi Ping Lei
4

5   It is so ORDERED:

6   Dated: _____         _____

7                                                    JAMES WARE
                                                     United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND ORDER RESCHEDULING SENTENCING HEARING**
**CR 05-00723-JW**                               2