1  KEVIN V. RYAN (CABN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CABN 138549)
3  Chief, Criminal Division

4  JOHN N. GLANG (GUAMBN 94012)
   Assistant United States Attorney
5
      150 Almaden Boulevard, Suite 900
6     San Jose, California 95113
      Telephone: (408) 535-5084
7     Fax: (408)-535-5066
      E-Mail: John.Glang@usdoj.gov
8
9  Attorneys for Plaintiff

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                         SAN JOSE DIVISION
13

14 UNITED STATES OF AMERICA,        )   No. CR 05-00723-JW
                                    )
15              Plaintiff,          )
                                    )   STIPULATION AND ORDER
16         v.                       )   RESCHEDULING SENTENCING
                                    )   HEARING
17 ERIC ZI PING LEI,                )
                                    )
18              Defendant.          )
                                    )
19

20      IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is

21 hereby ordered, that the defendant's sentencing hearing, currently scheduled for Monday,

22 October 16, 2006 at 1:30 p.m. be continued and a new sentencing hearing date of Monday,

23 December 11, 2006 at 1:30 p.m. is hereby set.

24

25 It is so stipulated.                              /S/

26 Dated: _10/04/06_____     _____
                                     JOHN N. GLANG
27                                   Assistant U.S. Attorney

28

**STIPULATION AND ORDER RESCHEDULING SENTENCING HEARING**
**CR 05-00723-JW**

| | |
|---|---|
| 1 | It is so stipulated: |
| 2 | Dated: __10/04/06_____ |
| 3 | |
| | JAMES MCNAIR THOMPSON |
| | Attorney for Eric Zi Ping Lei |

It is so ORDERED:

Dated: ___10/05/06_____

_____
JAMES WARE
United States District Judge

STIPULATION AND ORDER RESCHEDULING SENTENCING HEARING
CR 05-00723-JW

2