JAMES McNAIR THOMPSON
SBN 67807
LAW OFFICES OF JAMES McNAIR THOMPSON
PO BOX 636
LOS GATOS CA 95031
(408) 358-6047

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF CALIFORNIA, )<br><br>Plaintiff, )<br>)<br>vs. )<br>)<br>ERIC ZI PING LEI, )<br>)<br>Defendant )<br>) | Case No.: CR 05-00723 JW<br><br>STIPULATION & ORDER<br>RESCHEDULING SENTENCING<br>HEARING |

IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is hereby ordered, that the defendant's sentencing hearing, currently scheduled for Monday, December 11, 2006 at 1:30 p.m. be continued and a new sentencing hearing date of Monday, December 18, 2006 at 1:30 p.m. is hereby set.

It is so stipulated by James McNair Thompson on behalf of defendant Eric Zi Ping Lei, and James McNair Thompson, by signing below, represents that Assistant United States Attorney John Glang has authorized him to so stipulate on his behalf.

Dated: 12/7/06 _____ _James McNair Thompson_

James McNair Thompson

///

///

Stipulation to continue sentencing date- 1

1 | It is so ORDERED:

2 | Dated: ___12/8/2006___

JAMES WARE
United States District Judge

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Stipulation to continue sentencing date- 2